## AVERY V. CAPTAIN BULKLY AND HIS LIEUTENANT.

The commanding officers of companies of militia, marching through the country — will be liable for disorders committed, by the soldiers under their command, which they knew of and did nothing to prevent or to detect and punish.

ACTION of trespass, assault and battery. Plea — Not guilty, to the jury.

The facts in the case were — The defendants were the captain and lieutenant of a company of militia, who were marching in order through the country to a general training, under the command of the defendants; the abuse and assault

was committed by some of the company, under such circumstances, as that the defendants must have known it; and they took no measures to suppress it, or to detect and punish it, after it had happened.

Verdict passed for the plaintiff, and accepted by the court.

It is of great importance to the public that military officers do their duty when upon command and duly exert their authority to suppress and punish disorders committed by any under their command; and their neglect, may, as in the present case be construed a faulty omission of duty, which will render them liable in damages to the party injured.